AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

DIANA VILLA DEANGELIS

*Plaintiff(s)*

v.

TWISTEE TREAT USA, LLC

*Defendant(s)*

Civil Action No. 6:16-cv-1897-Orl-22-TBS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TWISTEE TREAT USA, LLC
c/o Registered Agent Randall R. Hodge
5555 S. Kirkman Road
Ste. 201
Orlando, FL 32819

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: N. RYAN LABAR, ESQ.
SCOTT C. ADAMS, ESQ.
2300 East Concord Street
Orlando, Florida 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/31/16

*Signature of Clerk or Deputy Clerk*