UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIANA VILLA DEANGELIS,

     Plaintiff,

vs.                                    CASE NO:  6:16-cv-1897-Orl-22TBS

TWISTEE TREAT USA, LLC,

     Defendant.
_____/

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undersigned counsel, and pursuant to this Court's Scheduling Order dated November 29, 2016 [Doc. 10], hereby file their Joint Report Regarding Settlement in this case.  The parties, having conducted the required settlement conference on January 31, 2017, hereby advise the Court that:

   _____     the parties have settled the case.

   **X**     **the parties have not settled the case but wish to continue settlement discussions for a specific period of time, to wit:  March 17, 2017.**

   _____     the parties wish to engage in a formal mediation conference.

   _____     the parties request a settlement conference before the United States Magistrate Judge.

   _____     the parties have exhausted all settlement efforts.

1

Dated:  February 27, 2017

Respectfully submitted,

| | |
|---|---|
| */s/       N. Ryan LaBar* | */s/       Rachel D. Gebaide* |
| **N. RYAN LABAR, ESQUIRE** | **RACHEL D. GEBAIDE, ESQUIRE** |
| Florida Bar No. 10535 | Florida Bar No. 0157600 |
| **SCOTT C. ADAMS, ESQUIRE** | Lowndes, Drosdick, Doster, Kantor & Reed, P.A. |
| Florida Bar No. 573442 | 215 North Eola Drive |
| LaBar & Adams, P.A. | Orlando, Florida 32802 |
| 2300 East Concord Street | Telephone: (407) 843-4600 |
| Orlando, Florida 32803 | Facsimile:  (407) 843-4444 |
| Telephone:  (407) 835-8968 | rachel.gebaide@lowndes-law.com |
| Facsimile: (407) 835-8969 | janie.kearse@lowndes-law.com |
| rlabar@labaradams.com | litcontrol@lowndes-law.com |
| sadams@labaradams.com | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2017, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system which will send notice of electronic filing and complete service of the foregoing as required by F.R.Civ.P.5 to: **N. Ryan Labar, Esquire and Scott C. Adams, Esquire,** LaBar & Adams, P.A., 2300 East Concord Street, Orlando, Florida 32803, rlabar@labaradams.com; sadams@labaradams.com.

*/s/     Rachel D. Gebaide*
**Rachel D. Gebaide, Esquire**

0038773\170872\3417796v1