UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIANA VILLA DEANGELIS,

       Plaintiff,

vs.                                                                                     CASE NO: 6:16-cv-1897-Orl-22TBS

TWISTEE TREAT USA, LLC,

       Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, DIANA VILLA DEANGELIS, and Defendant, TWISTEE TREAT USA, LLC, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), FED. R. CIV. P., hereby stipulate that this action, in which the claims have been fully settled, is hereby dismissed on its merits with prejudice. Each party will be responsible for her or its respective attorneys' fees and costs. The Court Administrator is hereby authorized and directed to dismiss this action.

Respectfully submitted this 7th day of March, 2017.

| | |
|---|---|
| */s/ N. Ryan LaBar* | */s/ Rachel D. Gebaide* |
| **N. Ryan LaBar, Esquire** | **Rachel D. Gebaide, Esquire** |
| Florida Bar No. 0010535 | Florida Bar No. 0157600 |
| **Scott C. Adams, Esquire** | Lowndes, Drosdick, Doster, Kantor & |
| Florida Bar No. 0573442 | Reed, P.A. |
| LaBar & Adams, P.A. | 215 North Eola Drive |
| 2300 East Concord Street | Orlando, Florida 32801 |
| Orlando, Florida 32803 | Telephone: (407) 843-4600 |
| Telephone: (407) 835-8968 | Facsimile: (407) 843-4444 |
| Facsimile: (407) 835-8969 | rachel.gebaide@lowndes-law.com |
| rlabar@labaradams.com | janie.kearse@lowndes-law.com |
| sadams@labaradams.com | litcontrol@lowndes-law.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2017, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system which will send notice of electronic filing and complete service of the foregoing as required by Fed.R.Civ.P. 5 to: **N. Ryan LaBar, Esquire and Scott C. Adams, Esquire,** LaBar & Adams, P.A., 2300 East Concord Street, Orlando, Florida 32803, rlabar@labaradams.com; sadams@labaradams.com.

*/s/    Rachel D. Gebaide*
**Rachel D. Gebaide, Esquire**

0038773\170872\3432033v1